IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CULLIS ASSOCIATES, INC.
and FREDERICK R. CULLIS

V.                                                                    C.A. NO. 12-6833

CORTAPE NE, INC.
d/b/a TAPEWORKS

FILED
APR 25 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 24th day of April, 2014, following a non-jury trial in this matter and review of the parties' proposed findings of fact and Conclusions of Law, it is hereby ORDERED that judgment is entered in favor of the Defendant Cortape NE, Inc. d/b/a Tapeworks and against the plaintiffs Cullis Associates, Inc. and Frederick R. Cullis.

It is further ORDERED that all outstanding motions (Docs. 16, 26, 27, 39) are DENIED as moot.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.